```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10
11  RONNIE E. CRAWFORD and    )
    BARBARA A. CRAWFORD,      )
12                            )   No. C10-5245 BZ
            Plaintiff(s),     )
13                            )
         v.                   )   BRIEFING ORDER
14                            )
    BANK OF AMERICA, N.A., et )
15  al.,                      )
                              )
16          Defendant(s).     )
                              )
17
```

18      Having received defendants' motion to dismiss, **IT IS**
19 **ORDERED** as follows:
20      1.  Any opposition to defendants' motion shall be filed
21 by **January 5, 2010.**  Plaintiffs are warned that failure to
22 file an opposition may result in the dismissal of this
23 lawsuit.  Plaintiffs' opposition shall address each claim in
24 their complaint and shall clearly explain the facts that form
25 the basis for plaintiffs' claims against defendants, including
26 how defendants harmed them and what relief they seek from
27 defendants.
28      2.  If plaintiffs decide to proceed with this case

1

without an attorney, they may wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case. This manual is available in the Clerk's Office and online at **http://www.cand.uscourts.gov**. Alternatively, attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants. The Court suggests that plaintiffs make an appointment with the Center.

    3. Any reply by the defendants shall be filed by **January 13, 2010.**

    4. Defendants' motion is scheduled to be heard on **February 2, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    5. By no later than **January 5, 2010**, plaintiffs and defendants shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov

Dated: December 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CRAWFORD V. B OF A\BRIEFING ORDER.wpd