UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. CRAWFORD and<br>BARBARA A. CRAWFORD,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendant(s). | No. C10-5245 BZ<br><br>**ORDER REFERRING<br>CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: December 29, 2010

                              Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\CRAWFORD V. B OF A\ADR REFERRAL.wpd