IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. CRAWFORD and BARBARA A. CRAWFORD,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>      Defendants.<br>_____/ | No. C 10-05245 CW<br><br>ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

On November 29, 2010, Defendants Bank of America, N.A. and BAC Home Loans Servicing, LP moved to dismiss pro se Plaintiffs Ronnie E. Crawford and Barbara A. Crawford's complaint. The hearing on the motion was initially set for February 2, 2011. After Plaintiffs' action was reassigned to the undersigned, Defendants re-noticed the motion for hearing on February 17, 2011. Plaintiffs failed to file an opposition, which was due January 27, 2011.

Accordingly, Plaintiffs shall file their opposition to Defendants' motion by February 10, 2011, or their action will be dismissed for failure to prosecute. If an opposition is filed, Defendants' reply shall be due February 17, 2011. Defendants' motion will be taken under submission on the papers. The Court VACATES the hearing set for February 17, 2011.

IT IS SO ORDERED.

Dated: January 31, 2011

                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE E. CRAWFORD, et al., | Case Number: CV10-05245 CW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2011, I SERVED a true and correct copies of the attached, by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

Barbara A. Crawford
4002 Folsom Drive
Antioch,  CA 94531-8207

Ronnie E. Crawford
4002 Folsom Drive
Antioch,  CA 94531-8207

Dated: January 31, 2011

Richard W. Wieking, Clerk
By: MP, Deputy Clerk